DALE K. KLEVEN, ESQ.
Nevada Bar No. 007778
HOMEOWNER RELIEF LAWYERS, LLC.
5550 Painted Mirage Rd., #320
Las Vegas, NV 89149
Telephone: (702) 589-7520
Fax: (702) 577-1075
dale@hrlnv.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOMEOWNER RELIEF LAWYERS, LLC.; DALE K. KLEVEN, ESQ.<br><br>Plaintiff,<br><br>v.<br><br>DENISE MCPEEK; THE RAWLINGS COMPANY LLC/BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA; INJURY CARE CENTER; GROSSINGER NEUROPAIN SPECIALISTS/ SWARTHMORE; PREMIER ORTHOPEDIC & SPORTS MEDICINE; SUNRISE HOSPITAL; RADIOLOGY SPECIALISTS; MEDIC WEST AMBULANCE; FREMONT EMERGENCY SERVICES; PHYSICIANS REHABILITATION ASSOCIATION; CRAIG A. ALTMAN, ESQ. OF THE LAW OFFICES OF CRAIG A. ALTMAN, PC, DOES 1-5; ROE CORPORATIONS 1-5, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01830<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE RAWLINGS COMPANY LLC/BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA WITH PREJUDICE**<br><br>ECF No. 20 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Homeowner Relief Lawyers, LLC and DALE K. KLEVEN, ESQ. and Defendants The Rawlings Company LLC/Blue Cross and Blue Shield of North Carolina; that The Rawlings Company, on behalf of Blue Cross Blue Shield of North Carolina agrees to waive its subrogation lien in the entitled matter in exchange for a dismissal of TRC and BCNC from the Interpleader action;

IT IS HEREBY STIPULATED AND AGREED that the above entitled matter is dismissed with prejudice as to Defendants, THE RAWLINGS COMPANY LLC/BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA.

| Agreed as to form and content: | Agreed as to form and content: |
|---|---|
| HOMEOWNER RELIEF LAWYERS | THE RAWLINGS COMPANY, LLC |
| /s/ Dale K. Kleven | /s/ Noelle J. Bailley |
| Dale K. Kleven, Esq. | Noelle J. Bailley, Esq. |
| Nevada Bar No. 007778 | Associate General Counsel |
| 5550 Painted Mirage Road, Suite 340 | One Eden Parkway |
| Las Vegas, NV 89149 | PO Box 49 |
| *Attorney for Plaintiff* | La Grange, KY 40031-8100 |
| | *Attorney for The Rawlings Company LLC/blue Cross and Blue Shield of North Carolina* |

### ORDER

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED that all claims against Defendant The Rawlings Company LLC/Blue Cross and Blue Shield of North Carolina are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
Jennifer Dorsey, U.S. District Judge
November 23, 2016