# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Homeowner Relief Lawyers, LLC and Dale K. Kleven,<br><br>      Plaintiffs<br>v.<br><br>Denise McPeek, et al.,<br><br>      Defendants | Case No.: 2:16-cv-01830-JAD-GWF<br><br>**Order Directing the Clerk of Court to Unseal Minute Order [ECF No. 30] and Distribute it to All Parties and Counsel**<br><br>[ECF No. 30] |

Plaintiffs' counsel contacted chambers today and brought to the court's attention the fact that my February 9, 2018, minute order denying without prejudice plaintiffs' ex parte application for default judgment[1] is sealed, and that copies of that minute order were not distributed to the parties or counsel. The sealing of that minute order and the attendant failure to distribute copies of it was inadvertent mistake.

Accordingly, the Clerk of the Court is directed to **UNSEAL** my February 9, 2018, minute order **[ECF No. 30] and DISTRIBUTE** copies of that order to counsel and the parties.

Dated: April 24, 2018

                                                                                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 29 (motion for default judgment), 30 (minute order denying motion).