# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Homeowner Relief Lawyers, LLC, et al.,

      Plaintiffs,     DEFAULT JUDGMENT IN A CIVIL CASE

  v.           Case Number: 2:16-cv-01830-JAD-GWF

Denise McPeek, et al.,

      Defendants.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiffs, Homeowner Relief Lawyers, LLC and Dale K. Kleven and against Defendants, Injury Care Center, Grossinger Neuropain Specialists/Swarthmore, Premier Orthopedic & Sports Medicine, Sunrise Hospital, Radiology Specialists, Medic West Ambulance, Fremont Emergency Services, Physicians Rehabilitation Association, and Craig A. Altman.

6/6/2018               DEBRA K. KEMPI
Date                 Clerk

                    /s/ M. Reyes
                   Deputy Clerk